PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4057

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JEFFREY MENGE, and<br>ERIC DRABERT,<br><br>　　　　　　　Defendants. | CASE NO. 2:23-CR-00313-TLN<br><br>PRELIMINARY ORDER OF<br>FORFEITURE |

　　　Based upon the plea agreement entered into between the United States of America and defendants Jeffrey Menge and Eric Drabert, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

　　　1.　　Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), defendant Jeffrey Menge's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　　a.　Real property located at 2760 Pommel Way, Copperopolis, California, Calaveras County, APN: 054-005-008-000;
　　　　　b.　Approximately $30,150.00 U.S. Currency;
　　　　　c.　Approximately 3.8583218 Ethereum seized from Wallet Number 0x0489703a78dba055a2a68751288f6e53457a0823 in the name of Jeffrey Menge;
　　　　　d.　2010 Ferrari 458 Italia, License No. 8TDX455, VIN: ZFF67NFA8A0173772;
　　　　　e.　2010 Audi R8 Quattro, License No. 8XWE363, VIN: WUAANAFG9AN000313;
　　　　　f.　2019 Jeep Wrangler Hellcat, License No. 8HSX070, VIN: 1C4HJXFN3KW537053;
　　　　　g.　Breitling Endurance Pro Red Black Super Quartz Watch, serial number 8033312;
　　　　　h.　Tudor 1926 Automatic Watch, serial number 79869U1;

i. Seiko Prospex Alpinist Limited Model SBDC091 Watch, serial number 130855;
j. Swarovski ATS 80 20-60X Spotting Scope Kit;
l. First Lite Uncompahgre Puffy Pant;
m. First Lite Mens Chamberlin Down Jacket;
n. Nightforce ATACR 4-16x42mm;
o. Black Apple iPad Mini 5th Generation, serial number DMPYVQS2LM93, with a clear case;
p. Silver Apple MacBook Pro with blue and white floral design case;
q. Black Transcend Thumb Drive;
r. Silver Apple Mac Mini, Model A2348, serial number H2WFN1NMQ6P0;
s. Apple MacBook Air A2337, serial number FVFDQRMQL5;
t. Apple Mac Studio, serial number Q0R3W79XG7;
u. HP EliteBook;
v. Black Apple iPhone 13 Pro, serial number 353851661382910;
w. Grey Harmon/Kardon ViewSonic LED Projector, serial number VH2194602420;
x. Five (5) Blink outdoor cameras;
y. DJI Mavic 2 Pro with smart controller;
z. Goal Zero Yeti 1400 lithium solar-powered battery;
aa. Stinger Radio Pro Advanced Integrated Installation Kit for Jeep Wrangler JL;
bb. Two LED curved monitors;
cc. Autel MaxiSYS Elite Automotive Diagnostic and ECU Coding Programming System with Wifi/Bluetooth, J2534, 9sia2vf39e6541;
dd. One Imperial Tool 364FHA12 Lever Tube Bender;
ee. One OTC 3415 CAN Test Box Protocol Detector, Item No. 3415;
ff. One Wiha Tools Screwdriver Set NMPCS50, Item No. 30D486;
gg. Two SK Professional Tools Socket Set, SAE 1/4 IN. Drive 10 PC, Item No. 20K441;
hh. Two SK Professional Tools Socket Set, Metric 1/4 in. Drive 13 PC, Item No. 20K430;
ii. Four SK Professional Tools Socket Set, SAE 3/8 IN. Drive 13 PC, Item No. 20K479;
jj. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 19 PC, Item No. 20K480;
kk. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 14 PC, Item No. 20K460;
ll. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 13 PC, Item No. 20K476;
mm. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 11 PC, Item No. 20K459;
nn. Two SK Professional Tools Socket Set, SAE 1/2 IN. Drive 15 PC, Item No. 20K349;
oo. Two SK Professional Tools Socket Set, Metric 1/2 IN. Drive 15 PC, Item No. 20K409;
pp. One Milwaukee Impact Socket Set, 1/2 IN. Drive 9 PC, Item No. 19F372;
qq. Two Proto Electronic Torque Wrench, 1/2 IN. Drive, Item No. 56J4A8;
rr. One CDI 2401 CI3 Drive Computorq 3 Electronic Torque Wrench Blue;
ss. One Proto Hand Ratchet 25 1/2 IN. Chrome, 1/2 IN., Item No. 53GL81;
tt. Two Proto Hand Ratchet 12 1/2 IN. Chrome, 3/8 IN., Item No. 53GL86;
uu. One Proto Hand Ratchet 9 IN. Chrome, 1/4 IN., Item No. 53GL91;
vv. One Milwaukee 2997-23SPO M18 Fuel 18 Volt Lithium-Ion Brushless Cordless Combo Kit Rolling Tool Box;
ww. One Branson Ultra Sonic Cleaner, 2.5-GAL, 120 Volt, Item No. 391365;
xx. One Fluke Video Borescope 7" Monitor 8.5mm Camera, Item No. 485A72;
yy. Westward Screwdriver Bit Set, 175 PC, Item No. 1 VX02;
zz. Kukai SEC-E9 CNC Laser Key Cutter Automatic Duplicate Key Cutting Machine with Android Tablet SL423;

    aaa. One 200-Watt Super Quiet Gas-Powered Portable Inverter Generator; and
    bbb. A personal money judgment in an amount between $550,000 and $1,500,000, less any forfeited funds.

2. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), defendant Eric Drabert's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

  a. Real property located at 286 Biring Dr., Arnold, California, Calaveras County, APN: 025-019-002-000; and
  b. A personal money judgment in the amount of $276,685.15, less any forfeited assets/funds.

3. The above-listed assets constitute property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 666.

4. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service or Federal Bureau of Investigation, in their secure custody and control.

5. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

6. If defendant Jeffrey Menge is able to make full restitution prior to sentencing, the United States agrees to forego forfeiture of the real property located at 2760 Pommel Way, Copperopolis, California, Calaveras County, APN: 054-005-008-000.

7. If defendant Eric Drabert is able to make full restitution prior to sentencing, the United States agrees to forego forfeiture of the real property located at 286 Biring Dr., Arnold, California, Calaveras County, APN: 025-019-002-000, and the $287,685.15 personal money judgment.

8. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b) in which all interests will be addressed.

SO ORDERED this 21st day of February, 2024.

_____
Troy L. Nunley
United States District Judge