PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JEFFREY MENGE, and<br>ERIC DRABERT,<br><br>           Defendants. | CASE NO. 2:23-CR-00313-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: May 30, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

   This case is set for sentencing on May 30, 2024. As set forth below, the parties now move the Court, by stipulation, to continue the sentencing to August 29, 2024, at 9:30 a.m.

   On April 5, 2024, the Court signed an Order substituting in new counsel for Defendant Jeffrey Menge. (ECF #25). New counsel for Mr. Menge needs additional time to review the case and prepare for the sentencing hearing. Additionally, the United States, Defendant Menge, and co-Defendant Eric Drabert continue to work through other matters for sentencing, including restitution calculation issues. Probation has no objection to the request.

///

///

///

///

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

1

The parties therefore request that the Court continue the sentencing hearing in this matter May 30, 2024 to August 29, 2024, at 9:30 a.m.

IT IS SO STIPULATED.

| Dated: April 9, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
|---|---|
| Dated: April 9, 2024 | /s/ Diane Carol Bass<br>DIANE CAROL BASS<br>Counsel for Defendant<br>Jeffrey Menge |
| Dated: April 9, 2024 | /s/ Rebecka Monez<br>REBECKA MONEZ<br>Counsel for Defendant<br>Eric Drabert |

### ORDER

Based on the stipulation of the parties, thed sentencing hearing in this matter is continued from May 30, 2024 to August 29, 2024, at 9:30 a.m.

IT IS SO ORDERED this 17th day of April, 2024.

Troy L. Nunley
United States District Judge