PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFFREY MENGE, and<br>ERIC DRABERT,<br><br>   Defendants. | CASE NO. 2:23-CR-00313-TLN<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: October 31, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

    This case is set for sentencing on October 31, 2024. As set forth below, the parties now move the Court, by stipulation, to continue the sentencing to December 12, 2024, at 9:30 a.m.

    On April 5, 2024, the Court signed an Order substituting in new counsel for Defendant Jeffrey Menge. (ECF #25). New counsel for Mr. Menge needs additional time to review the case and prepare for the sentencing hearing. Additionally, the United States, Defendant Menge, and co-Defendant Eric Drabert continue to work through other matters for sentencing, including restitution calculation issues. While the parties had anticipated being able to address those issues prior to the present sentencing date, Menge's counsel has been addressing a serious family medical issue which has affected the parties' ability to meet and resolve those issues. Probation has no objection to the request.

///

///

The parties therefore request that the Court continue the sentencing hearing in this matter from October 31, 2024 to December 12, 2024, at 9:30 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 3, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: September 3, 2024 | /s/ Diane Carol Bass<br>DIANE CAROL BASS<br>Counsel for Defendant<br>Jeffrey Menge |
| Dated: September 3, 2024 | /s/ Rebecka Monez<br>REBECKA MONEZ<br>Counsel for Defendant<br>Eric Drabert |

**ORDER**

Based on the stipulation of the parties, thed sentencing hearing in this matter is continued from October 31, 2024 to December 12, 2024, at 9:30 a.m. IT IS SO ORDERED this 4th day of September, 2024.

Troy L. Nunley
United States District Judge