PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JEFFREY MENGE, and<br>ERIC DRABERT,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:23-CR-00313-TLN<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: December 12, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

　　　This case is set for sentencing on December 12, 2024. As set forth below, the parties now move the Court, by stipulation, to continue the sentencing to March 13, 2025, at 9:30 a.m..

　　　On April 5, 2024, the Court signed an Order substituting in new counsel for Defendant Jeffrey Menge. (ECF #25). New counsel for Mr. Menge needs additional time to review the case and prepare for the sentencing hearing. Additionally, the United States, Defendant Menge, and co-Defendant Eric Drabert continue to work through other matters for sentencing, including restitution calculation issues. The parties have met and discussed the issues, but need additional time. Menge's counsel has been continuing to address a serious family medical issue which has affected the parties' ability to meet and resolve those issues. Probation has no objection to the request.

///

///

STIPULATION TO CONTINUE SENTENCING HEARING　　　1

The parties therefore request that the Court continue the sentencing hearing in this matter from December 12, 2024 to March 13, 2025, at 9:30 a.m..

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 14, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: November 14, 2024 | /s/ Diane Carol Bass<br>DIANE CAROL BASS<br>Counsel for Defendant<br>Jeffrey Menge |
| Dated: November 14, 2024 | /s/ Rebecka Monez<br>REBECKA MONEZ<br>Counsel for Defendant<br>Eric Drabert |

**ORDER**

Based on the stipulation of the parties, thed sentencing hearing in this matter is continued from December 12, 2024 to March 13, 2025, at 9:30 a.m..  IT IS SO ORDERED this 21st day of November 2024.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE