MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00313-TLN |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: March 13, 2025 |
| JEFFREY MENGE, and ERIC DRABERT, | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |
| Defendants. | |

This case is set for sentencing on March 13, 2025. As set forth below, the parties now move the Court, by stipulation, to continue the sentencing to June 12, 2025, at 9:30 a.m..

The United States, Defendant Menge, and co-Defendant Eric Drabert continue to work productively through important matters for sentencing, including restitution calculation issues. The parties have met and discussed the issues further, and the United States has worked extensively with the victim in this case, but the parties need additional time. Menge's counsel also has been addressing a medical issue in recent weeks. Probation has no objection to the request.

///

///

///

///

STIPULATION TO CONTINUE SENTENCING HEARING        1

The parties therefore request that the Court continue the sentencing hearing in this matter from March 13, 2025 to June 12, 2025, at 9:30 a.m..

IT IS SO STIPULATED.

Dated:  February 26, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  February 26, 2025

/s/ Diane Carol Bass
DIANE CAROL BASS
Counsel for Defendant
Jeffrey Menge

Dated:  February 26, 2025

/s/ Rebecka Monez
REBECKA MONEZ
Counsel for Defendant
Eric Drabert

### ORDER

Based on the stipulation of the parties, the sentencing hearing in this matter is continued from March 13, 2025 to June 12, 2025, at 9:30 a.m..  IT IS SO ORDERED this 28th day of February 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE