MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY MENGE, and <br> ERIC DRABERT, <br><br> Defendants. | CASE NO. 2:23-cr-00313-JAM <br><br> **FIFTH STIPULATION AND ORDER TO CONTINUE SENTENCING** <br><br> DATE: June 12, 2025 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

This case is set for sentencing on June 12, 2025. On April 21, 2025, the Court issued a minute order re-assigning to the Hon. John A. Mendez for further proceedings and vacating the June 12, 2025. The Court further requested the parties meet and confer to set a new sentencing hearing date. The parties now move the Court, by stipulation, to set a sentencing hearing in this case on August 19, 2025 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: April 28, 2025                        MICHELE BECKWITH
                                             Acting United States Attorney

                                             /s/ JEFFREY A. SPIVAK
                                             JEFFREY A. SPIVAK
                                             Assistant United States Attorney

STIPULATION TO SET SENTENCING HEARING                    1

Dated: April 28, 2025                 /s/ Diane Carol Bass
                                      DIANE CAROL BASS
                                      Counsel for Defendant
                                      Jeffrey Menge


Dated: April 28, 2025                 /s/ Rebecka Monez
                                      REBECKA MONEZ
                                      Counsel for Defendant
                                      Eric Drabert


## ORDER

Based on the stipulation of the parties, the sentencing hearing in this matter is **RESET** for **August 19, 2025 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: April 30, 2025                 /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE