KIMBERLY A. SANCHEZ
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MENGE, and<br>ERIC DRABERT,<br><br>Defendants. | CASE NO. 2:23-CR-00313-JAM<br><br>**SIXTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: August 26, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

The Court recently reset the sentencing hearing in this case to August 26, 2025. Defense counsel is not available that day. The parties now move the Court, by stipulation, to re-set the sentencing hearing in this case to October 21, 2025, at 9:00 a.m. The parties have also confirmed that that date and time works for the Probation Officer assigned to this case.

IT IS SO STIPULATED.

Dated: July 30, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: July 30, 2025　　　　　　　　　　/s/ Diane Carol Bass
　　　　　　　　　　　　　　　　　　　DIANE CAROL BASS
　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　Jeffrey Menge

Dated: July 30, 2025　　　　　　　　　　/s/ Rebecka Monez
　　　　　　　　　　　　　　　　　　　REBECKA MONEZ
　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　Eric Drabert

## ORDER

Based on the stipulation of the parties, the 08/26/2025 sentencing hearing in this matter is **RESET** for **October 21, 2025, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: July 31, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

SIXTH STIPULATION AND ORDER TO
CONTINUE SENTENCING HEARING

2