ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MENGE, and<br>ERIC DRABERT,<br><br>Defendants. | CASE NO. 2:23-cr-00313-JAM<br><br>**SEVENTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**<br><br>DATE: October 21, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

This matter is set for sentencing hearing on October 21, 2025. As set forth below, the parties now move the Court, by stipulation, to continue the sentencing to February 24, 2026.

**STIPULATION**

Defense counsel for Mr. Menge needs additional time to prepare for sentencing.

Additionally, counsel for co-defendant, Rebecka Monez, has been deployed to Camp SLO. Ms. Monet also has a trial set that is expected to proceed the week of this hearing.

The Government does not oppose this request.

///

///

///

///

STIPULATION TO SET SENTENCING HEARING    1

The parties therefore request that the Court continue the sentencing hearing in this matter from October 21, 2025 to February 24, 2026.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 14, 2025 | ERIC GRANT<br>United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: October 14, 2025 | /s/ Diane Carol Bass<br>DIANE CAROL BASS<br>Counsel for Defendant<br>Jeffrey Menge |
| Dated: October 14, 2025 | /s/ Rebecka Monez<br>REBECKA MONEZ<br>Counsel for Defendant<br>Eric Drabert |

## ORDER

Based on the stipulation of the parties, the October 21, 2025 sentencing hearing in this matter is **VACATED** and **RESET** for **Tuesday, February 24, 2026, at 9:00 a.m.**, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: October 15, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE