Diane C. Bass State Bar No. 155670
Law Office of Diane C. Bass
A Professional Law Corporation
5440 Trabuco Road
Irvine, CA 92620
Telephone: (949) 494-7011
Email: diane@dbasslaw.com

Attorney for
JEFFREY MENGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-313-1 |
| Plaintiff, | |
| vs. | NOTICE OF REQUEST TO SEAL DOCUMENTS |
| JEFFREY MENGE | |
| Defendant | |

Notice is hereby given that Diane Bass, on behalf of Jeffrey Menge, intends to file a request to seal documents.

Dated:   February 11, 2026        Respectfully submitted,

_____/s/Diane C. Bass
Diane C. Bass
Attorney for Defendant
JEFFREY MENGE

NOTICE OF REQUEST TO SEAL DOCUMENTS

NOTICE OF REQUEST TO SEAL DOCUMENTS