Diane C. Bass, State Bar # 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, California 92620
Telephone: (949) 494-7011
Email: diane@dbasslaw.com

Attorney for Defendant
JEFFREY MENGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFREY MENGE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 2:23-cr-00313-JAM-1<br><br>ORDER SEALING DOCUMENT |

For good cause shown, IT IS SO ORDERED THAT:

The defendant's ex parte application for sealed filing is **GRANTED**.  The documents sought to be filed under seal and the defendant's ex parte application for sealed filing shall both be filed under seal.

Dated: March 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE