Diane C. Bass, State Bar # 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, California 92620
Telephone: (949) 494-7011
Email: Diane@dbasslaw.com

Attorney for Defendant
Jeffrey Menge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:23-cr-00313-JAM-1 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER REGARDING RESTITUTION** |
| ) | |
| vs. ) | |
| ) | |
| JEFFREY MENGE ) | |
| ) | |
| Defendant ) | |

Defendant, JEFFREY MENGE, by and through his attorney of record, Diane C. Bass, and The United States of America, by and through Assistant U.S. Attorney CODY CHAPPEL, hereby stipulate as follows:

  1. Defendant Jeffrey Menge shall pay restitution totaling $550,000.00 to the Patterson Joint Unified School District

  2. Any forfeited property approved for restoration or remission shall be applied to restitution.

  It is so stipulated.

Dated: April 20, 2026          Respectfully submitted,
                                  /s/ Diane C. Bass
                               Diane C. Bass
                               Attorney for Defendant
                               Jeffrey Menge


Dated: April 20, 2026            /s/ with email authorization
                               Cody Chappel
                               Assistant United States Attorney
                               Attorney for Plaintiff
                               United States of America

STIPULATION AND ORDER REGARDING RESTITUTION

Diane C. Bass State Bar Number 155670
Law Office of Diane C. Bass
5440 Trabuco Road
Irvine, California 92620
Telephone: (949) 494-7011
Email: Diane@dbasslaw.com

Attorney for Defendant
Jeffrey Menge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:23-cr-00313-JAM-1 |
| Plaintiff, | ) **ORDER REGARDING RESTITUTION** |
| vs. | ) |
| JEFFREY MENGE, | ) |
| Defendant | ) |

IT IS SO ORDERED THAT Good Cause Having Been Found, Defendant Jeffrey Menge shall pay restitution totaling **$550,000.00** to the Patterson Joint Unified School District and any forfeited property approved for restoration or remission shall be applied to restitution.

The restitution hearing, currently set for May 05, 2026, shall be **VACATED**.

Dated: April 21, 2026    JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REGARDING RESTITUTION