ERIC GRANT
United States Attorney
JOSEPH D. BARTON
CODY S. CHAPPLE
ELISA M. RODRIGUEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY MENGE, and<br>ERIC DRABERT,<br><br>Defendants. | CASE NO. 2:23-cr-00313-JAM<br><br>**STIPULATION AND FINAL ORDER OF FORFEITURE** |

IT IS HEREBY STIPULATED, by and between plaintiff United States of America and Land Home Financial Services, Inc. ("Lienholder"), by and through its counsel, to consent to the entry of a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), and to compromise and settle its interest in the real property known as 2760 Pommel Way, Copperopolis, California, Calaveras County, APN: 054-005-008-000 (hereafter the "Real Property") and more fully described as:

LOT 186 AS SAID LOT IS SHOWN ON THAT CERTAIN MAP ENTITLED "DIAMOND XX RANCH, TRACT NO. 188," FILED FOR RECORD MAY 6, 1968 IN BOOK 3 OF SUBDIVISION MAPS, PAGE 17, CALAVERAS COUNTY RECORDS.

1. On February 21, 2024, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), based upon the plea agreements entered into between the United States and defendants Jeffrey Menge and Eric Drabert, forfeiting to the United States the following assets:

a. Real property located at 2760 Pommel Way, Copperopolis, California, Calaveras County, APN: 054-005-008-000;
b. Real property located at 286 Biring Dr., Arnold, California, Calaveras County, APN: 025-019-002-000, and more fully described in Exhibit A incorporated herein;
c. Approximately $30,150.00 U.S. Currency;
d. Approximately 3.8583218 Ethereum seized from Wallet Number 0x0489703a78dba055a2a68751288f6e53457a0823 in the name of Jeffrey Menge;
e. 2010 Ferrari 458 Italia, License No. 8TDX455, VIN: ZFF67NFA8A0173772;
f. 2010 Audi R8 Quattro, License No. 8XWE363, VIN: WUAANAFG9AN000313[1];
g. 2019 Jeep Wrangler Hellcat, License No. 8HSX070, VIN: 1C4HJXFN3KW537053;
h. Breitling Endurance Pro Red Black Super Quartz Watch, serial number 8033312;
i. Tudor 1926 Automatic Watch, serial number 79869U1;
j. Seiko Prospex Alpinist Limited Model SBDC091 Watch, serial number 130855;
k. Swarovski ATS 80 20-60X Spotting Scope Kit;
l. First Lite Uncompahgre Puffy Pant;
m. First Lite Mens Chamberlin Down Jacket;
n. Nightforce ATACR 4-16x42mm;
o. Apple iPad Mini 5th Generation, serial number DMPYVQS2LM93, with clear case;
p. Silver Apple MacBook Pro with blue and white floral design case;
q. Black Transcend Thumb Drive;
r. Apple Mac Mini, Model A2348, serial number H2WFN1NMQ6P0;
s. Apple MacBook Air A2337, serial number FVFDQRMQL5;
t. Apple Mac Studio, serial number Q0R3W79XG7;
u. HP EliteBook;
v. Apple iPhone 13 Pro, serial number 353851661382910;
w. Grey Harmon/Kardon ViewSonic LED Projector, serial number VH2194602420;
x. Five (5) Blink outdoor cameras;
y. DJI Mavic 2 Pro with smart controller;
z. Goal Zero Yeti 1400 lithium solar-powered battery;
aa. Stinger Radio Pro Advanced Integrated Installation Kit for Jeep Wrangler JL;
bb. Two LED curved monitors;
cc. Autel MaxiSYS Elite Automotive Diagnostic and ECU Coding Programming System with Wifi/Bluetooth, J2534, 9sia2vf39e6541;
dd. One Imperial Tool 364FHA12 Lever Tube Bender;
ee. One OTC 3415 CAN Test Box Protocol Detector, Item No. 3415;
ff. One Wiha Tools Screwdriver Set NMPCS50, Item No. 30D486;
gg. Two SK Professional Tools Socket Set, SAE 1/4 IN. Drive 10 PC, Item No. 20K441;
hh. Two SK Professional Tools Socket Set, Metric 1/4 in. Drive 13 PC, Item No. 20K430;
ii. Four SK Professional Tools Socket Set, SAE 3/8 IN. Drive 13 PC, Item No. 20K479;
jj. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 19 PC, Item No. 20K480;
kk. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 14 PC, Item No. 20K460;
ll. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 13 PC, Item No. 20K476;
mm. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 11 PC, Item No. 20K459;
nn. Two SK Professional Tools Socket Set, SAE 1/2 IN. Drive 15 PC, Item No. 20K349;
oo. Two SK Professional Tools Socket Set, Metric 1/2 IN. Drive 15 PC, Item No. 20K409;
pp. One Milwaukee Impact Socket Set, 1/2 IN. Drive 9 PC, Item No. 19F372;

[1] The 2010 Audi R8 Quattro was repossessed by and returned to the lender, Woodside Credit.

qq. Two Proto Electronic Torque Wrench, 1/2 IN. Drive, Item No. 56J4A8;
rr. One CDI 2401 CI3 Drive Computorq 3 Electronic Torque Wrench Blue;
ss. One Proto Hand Ratchet 25 1/2 IN. Chrome, 1/2 IN., Item No. 53GL81;
tt. Two Proto Hand Ratchet 12 1/2 IN. Chrome, 3/8 IN., Item No. 53GL86;
uu. One Proto Hand Ratchet 9 IN. Chrome, 1/4 IN., Item No. 53GL91;
vv. One Milwaukee 2997-23SPO M18 Fuel 18 Volt Lithium-Ion Brushless Cordless Combo Kit Rolling Tool Box;
ww. One Branson Ultra Sonic Cleaner, 2.5-GAL, 120 Volt, Item No. 391365;
xx. One Fluke Video Borescope 7" Monitor 8.5mm Camera, Item No. 485A72;
yy. Westward Screwdriver Bit Set, 175 PC, Item No. 1 VX02;
zz. Kukai SEC-E9 CNC Laser Key Cutter Automatic Duplicate Key Cutting Machine with Android Tablet SL423;
aaa. One 200-Watt Super Quiet Gas-Powered Portable Inverter Generator; and
bbb. A personal money judgment as to Jeffrey Menge in an amount between $550,000 and $1,500,000, less any forfeited funds;
ccc. A personal money judgment as to Eric Drabert in the amount of $276,685.15, less any forfeited assets.

2. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-listed forfeited assets are entitled to a judicial determination of the validity of the legal claims or interests they assert.

3. Beginning on March 2, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. The Declaration of Publication was filed on April 4, 2024.

4. The United States sent direct written notice by certified mail to the following individuals or entities believed to have an alleged interest in the forfeited property:

a. Patterson Joint Unified School District: On April 10, 2024, a notice letter was sent via certified mail to Patterson Joint Unified School District at 510 Keystone Blvd., Patterson, CA 95363. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 15, 2024.

b. Patterson Joint Unified School District: On April 11, 2024, a notice letter was sent via electronic mail to attorney Eric M. Dervin, on behalf of his client Patterson Joint Unified School District.

c. Mortgage Electronic Registration Systems, Inc., as nominee for Land Home Financial Services, Inc.: On April 1, 2024, a notice letter was sent via certified mail to Mortgage Electronic Registration Systems, Inc. as nominee for Land Home Financial Services, Inc., a California Corporation, at P.O. Box 2026, Flint, MI 48501-2026. The PS Form 3811 (certified mail "green card" showing delivery of mail) was stamped "MERS Mailroom" and dated April 12, 2024.

d. Mortgage Electronic Registration Systems, Inc., as nominee for Land Home Financial Services, Inc.: On January 6, 2025, a second notice letter was sent via certified mail to Mortgage Electronic Registration Systems, Inc. as nominee for Land Home Financial Services, Inc., a California Corporation, at P.O. Box 2026, Flint, MI 48501-2026. The PS Form 3811 (certified mail "green card" showing delivery of mail) was not returned to the U.S. Attorney's Office. USPS Tracking results show that the certified mail parcel was delivered to an individual at the address on January 15, 2025.

e. JJ Best Banc: On March 24, 2026, a notice letter was sent via certified mail to JJ Best Banc at 60 N. Water Street, New Bedford, MA 02740. The PS Form 3811 (certified mail "green card" showing delivery of mail) was not returned to the U.S. Attorney's Office. USPS Tracking results show that the certified mail parcel was delivered to an individual at the address on March 30, 2026.

5. Danesa Menge, by stipulation and consent to forfeiture, filed concurrently herewith, forfeited all of her right, title, and interest to the above-listed property.

6. Pursuant to the plea agreement entered into between the United States and defendant Eric Drabert, the United States foregoes forfeiture of any assets related to defendant Eric Drabert, in consideration of his having paid his restitution balance in full.

7. By this stipulation, Land Home Financial Services, Inc. claims an interest in the Real Property on behalf of the lienholder as servicer, alleging as follows:

a. Petitioner's interest is based on a Deed of Trust (the "Loan"), dated June 9, 2020, in which Danesa Menge and Jeffrey Menge, as borrowers, promised to pay the principal and interest to lender Land Home Financial Services, Inc. The deed of trust securing the Loan to the Real Property was recorded on June 16, 2020, as Instrument number 2020-007540 in the Recorder's Office for the County of Calaveras and lists Land Home Financial Services, Inc. as the lender, Mortgage Electronic Registration Systems, Inc. ("MERS") as beneficiary under this Security Instrument as nominee for Lender and Lender's successors and assigns.

b. At the time of this stipulation, the principal due and owing under the Note was $279,005.94. The accrued and unpaid interest due and owing was $11,856.30. Interest has continued to accrue under the Note at a rate of $24.84 per diem.

8. No parties have filed petitions with respect to the subject assets, and the time in which any person or entity may file a petition has expired.

9. Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(n), the United States stipulates and agrees that Lienholder has a legal, right, title, and interest in the Real Property, and that such right, title, and interest renders the order of forfeiture invalid in part because the right, title, and interest was vested in Lienholder rather than defendant Jeffrey Menge, or was superior to any right, title, or interest of defendant Jeffrey Menge at the time of the commission of the acts which gave rise to the forfeiture of the Real Property under this section.

10. The United States agrees that upon entry of a Final Order of Forfeiture forfeiting the Real Property to the United States and sale of the Real Property, the United States will not contest payment to Lienholder from the proceeds of sale, after payment of outstanding taxes and expenses incurred by the U.S. Marshals Service in connection with its custody and sale of the Real Property, of the following:

a. All unpaid principal due to Lienholder in the original principal amount of $380,000.00, which is secured by a Deed of Trust dated June 9, 2020, recorded on June 16, 2020, as instrument number 2020-007540 of the Official Records of Calaveras County, California (the "Loan"). As of July 22, 2026, the principal amount owed to Lienholder pursuant to the Deed of Trust was $279,005.94.

b. All unpaid interest due as of the date of the closing of the sale of the Real Property at the contractual (not default) rate under the above-referenced Deed of Trust until the date of payment.

c. All fees, costs, and advances, prepayment fees, taxes and hazard insurance as provided under the terms of the Note and Deed of Trust.

d. Reasonable attorney's fees not to exceed $5,000.

e. The exact amount to be paid to Lienholder shall be determined at the time of payment but shall not be less than the amounts set forth above.

11. The payment to Lienholder shall be in full settlement and satisfaction of all claims by Lienholder to the Real Property alleged for forfeiture by the United States on or about April 5, 2024, and of all claims arising from and relating to the seizure, detention, and forfeiture of the Real Property. The payment to Petitioner shall not include any penalty payments, including any prepayment penalties.

12. All parties to this stipulation hereby release the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of the Real Property. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture, as well as to those now known or disclosed. The parties to this agreement agree to waive the provision of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor does not known or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

13. All parties are to bear their own costs and attorney's fees.

14. The U.S. Marshals Service shall pay lienholder Shore United Bank, 18 E. Dover Street, Easton, Maryland 21601, (410) 822-1400, the outstanding principal on the 2010 Ferrari Italia 458, including any interest at the per diem rate of $1.84843. As of March 24, 2026, the outstanding principal owed was $8,854.03, with accrued interest of $1,451.90, late charges of $518.18, and a per diem interest rate of $1.84843.

15. Within 60 days of entry of a Final Order of Forfeiture, the Apple iPhone 13 Pro, serial number 353851661382910, shall be returned to Danesa Menge.

Dated: August 17, 2026

ERIC GRANT
United States Attorney

*/s/ Elisa M. Rodriguez*
ELISA M. RODRIGUEZ
Assistant United States Attorney

Dated: July 22, 2026

/s/ *William G. Malcom*
WILLIAM G. MALCOLM
Attorney for Lienholder
Land Home Financial Services, Inc.
(signature approved by email on 7/22/26)

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby **ADOPTED** and **APPROVED**, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 982(a)(2)(A), to be disposed of according to law, including all right, title, and interest of Jeffrey Menge, Danesa Menge, Patterson Unified School District, and JJ Best Banc, whose rights are hereby extinguished, and subject to the interest of Lienholder:

a. Real property located at 2760 Pommel Way, Copperopolis, California, Calaveras County, APN: 054-005-008-000;
b. Approximately $30,150.00 U.S. Currency;
c. Approximately 3.8583218 Ethereum seized from Wallet Number 0x0489703a78dba055a2a68751288f6e53457a0823 in the name of Jeffrey Menge;
d. 2010 Ferrari 458 Italia, License No. 8TDX455, VIN: ZFF67NFA8A0173772;
e. 2019 Jeep Wrangler Hellcat, License No. 8HSX070, VIN: 1C4HJXFN3KW537053;
f. Breitling Endurance Pro Red Black Super Quartz Watch, serial number 8033312;
g. Tudor 1926 Automatic Watch, serial number 79869U1;
h. Seiko Prospex Alpinist Limited Model SBDC091 Watch, serial number 130855;
i. Swarovski ATS 80 20-60X Spotting Scope Kit;
j. First Lite Uncompahgre Puffy Pant;
k. First Lite Mens Chamberlin Down Jacket;
l. Nightforce ATACR 4-16x42mm;
m. Apple iPad Mini 5th Generation, serial number DMPYVQS2LM93, with clear case;
n. Silver Apple MacBook Pro with blue and white floral design case;
o. Black Transcend Thumb Drive;
p. Apple Mac Mini, Model A2348, serial number H2WFN1NMQ6P0;
q. Apple MacBook Air A2337, serial number FVFDQRMQL5;
r. Apple Mac Studio, serial number Q0R3W79XG7;
s. HP EliteBook;

t. Apple iPhone 13 Pro, serial number 353851661382910;
u. Grey Harmon/Kardon ViewSonic LED Projector, serial number VH2194602420;
v. Five (5) Blink outdoor cameras;
w. DJI Mavic 2 Pro with smart controller;
x. Goal Zero Yeti 1400 lithium solar-powered battery;
y. Stinger Radio Pro Advanced Integrated Installation Kit for Jeep Wrangler JL;
z. Two LED curved monitors;
aa. Autel MaxiSYS Elite Automotive Diagnostic and ECU Coding Programming System with Wifi/Bluetooth, J2534, 9sia2vf39e6541;
bb. One Imperial Tool 364FHA12 Lever Tube Bender;
cc. One OTC 3415 CAN Test Box Protocol Detector, Item No. 3415;
dd. One Wiha Tools Screwdriver Set NMPCS50, Item No. 30D486;
ee. Two SK Professional Tools Socket Set, SAE 1/4 IN. Drive 10 PC, Item No. 20K441;
ff. Two SK Professional Tools Socket Set, Metric 1/4 in. Drive 13 PC, Item No. 20K430;
gg. Four SK Professional Tools Socket Set, SAE 3/8 IN. Drive 13 PC, Item No. 20K479;
hh. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 19 PC, Item No. 20K480;
ii. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 14 PC, Item No. 20K460;
jj. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 13 PC, Item No. 20K476;
kk. One SK Professional Tools Socket Set, Metric 3/8 IN. Drive 11 PC, Item No. 20K459;
ll. Two SK Professional Tools Socket Set, SAE 1/2 IN. Drive 15 PC, Item No. 20K349;
mm. Two SK Professional Tools Socket Set, Metric 1/2 IN. Drive 15 PC, Item No. 20K409;
nn. One Milwaukee Impact Socket Set, 1/2 IN. Drive 9 PC, Item No. 19F372;
oo. Two Proto Electronic Torque Wrench, 1/2 IN. Drive, Item No. 56J4A8;
pp. One CDI 2401 CI3 Drive Computorq 3 Electronic Torque Wrench Blue;
qq. One Proto Hand Ratchet 25 1/2 IN. Chrome, 1/2 IN., Item No. 53GL81;
rr. Two Proto Hand Ratchet 12 1/2 IN. Chrome, 3/8 IN., Item No. 53GL86;
ss. One Proto Hand Ratchet 9 IN. Chrome, 1/4 IN., Item No. 53GL91;
tt. One Milwaukee 2997-23SPO M18 Fuel 18 Volt Lithium-Ion Brushless Cordless Combo Kit Rolling Tool Box;
uu. One Branson Ultra Sonic Cleaner, 2.5-GAL, 120 Volt, Item No. 391365;
vv. One Fluke Video Borescope 7" Monitor 8.5mm Camera, Item No. 485A72;
ww. Westward Screwdriver Bit Set, 175 PC, Item No. 1 VX02;
xx. Kukai SEC-E9 CNC Laser Key Cutter Automatic Duplicate Key Cutting Machine with Android Tablet SL423;
yy. One 200-Watt Super Quiet Gas-Powered Portable Inverter Generator; and
zz. A personal money judgment as to Jeffrey Menge in an amount between $550,000 and $1,500,000, less any forfeited funds.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall be authorized to sell the Real Property, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price. Through the sale of the Real Property, Lienholder shall be paid what it is owed, as described in paragraph 10 above. The United States shall receive the remaining net proceeds, less payments for costs of selling the Real

Property, cleanup, other expenses incurred, and any legitimate liens that exist on the Real Property.

4. The U.S. Marshals Service shall maintain custody of and control over the Real Property until it is disposed of according to law.

SO ORDERED.

Dated: August 19, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE